

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   **Case No.: 18–22458 – RAG    Chapter: 7**

**Howard A Paper**
**Debtor**

Creditor – State Employees Credit Union                Reaffirmation – 20

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and 11 U.S.C. § 524(m) being inapplicable to a Reaffirmation with a federal credit union, no hearing, determination, or order is required.

cc:   Debtor
      Attorney for Debtor – Robert M. Stahl IV
      Case Trustee – Monique D. Almy
      U.S. Trustee
      Creditor – State Employees Credit Union

### End of Order

34x07 (rev. 12/18/2007) – dsmith